UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SKULL SHAVER, LLC, : | |
|     Plaintiff and Counter Defendant, : | |
| : | |
| v. : | No. 5:20-cv-03670 |
| : | |
| FREEDOM GROOMING, : | |
|     Defendant and Counter Claimant. : | |

# O R D E R

**AND NOW**, this 13th day of April, 2021, upon consideration of Defendant's Motion to Dismiss, ECF No. 9, Plaintiff's response thereto, ECF No. 10, and for the reasons set forth in the Court's Opinion issued this date, **IT IS ORDERED THAT:**

1. Defendant's motion, ECF No. 9, is **DENIED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge